AMERICA, LOCAL 406, ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1763. WALKER v. THIELEN MOTORS, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1768. TOBIN v. PETRILLO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–1769. CITY OF LAWTON, OKLAHOMA v. TURNER. Sup. Ct. Okla. Certiorari denied.

No. 86–1770. OKLAHOMA CORPORATION COMMISSION v. HARRY R. CARLILE TRUST (ARTHURS, TRUSTEE). Sup. Ct. Okla. Certiorari denied.

No. 86–1777. SZOPKO v. KINSMAN MARINE TRANSIT CO. Sup. Ct. Mich. Certiorari denied.

No. 86–1809. PEREGOFF v. CHESAPEAKE & POTOMAC TELE-PHONE COMPANY OF MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 86–1819. BORELLI v. UNITED STATES;
No. 86–1820. USTICA v. UNITED STATES;
No. 86–1821. RENDINI v. UNITED STATES; and
No. 86–6810. TUREKIAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–1835. ROCHMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–1844. CAVANAUGH ET AL. v. UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 86–5590. DETTMER v. MURRAY, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 86–6447. PLAISANCE v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 86–6500. DAVIS v. UNITED STATES;
No. 86–6522. RANSOM v. UNITED STATES;